IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Colleen Miller,<br><br>    Plaintiff,<br><br>v.<br><br>Semco Management Incorporated, et al.,<br><br>    Defendants. | No. CV-14-02129-TUC-RCC<br><br>**ORDER OF DISMISSAL** |

Pursuant to Plaintiff's F.R.C.P Rule 41(a) Notice of Dismissal (Doc. 16), the Court hereby dismisses this action without prejudice.

**IT IS ORDERED** directing the Clerk of the Court to close this case.

Dated this 28th day of October, 2014.

Raner C. Collins
Chief United States District Judge